

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00361-CV

In the **INTEREST OF S.B.W.** and C.N.W.

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-01354
Honorable Charles E. Montemayor, Associate Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's order of termination is AFFIRMED.

SIGNED September 11, 2013.

_____
Luz Elena D. Chapa, Justice